Naeem Shakir SALIM, Plaintiff–
Appellant,

v.

R. SHERRILL, Chaplain; Virginia
Beach Correctional Center; The City
of Virginia Beach, Defendants–Appellees.

No. 01–6312.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

Naeem Shakir Salim, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Naeem Salim seeks to appeal the district court's order dismissing his 42 U.S.C.A. § 1983 (West 2000) action without prejudice for failure to exhaust administrative remedies. The court noted that Salim stated in his complaint that he had not appealed the denial of his grievance. *See* 42 U.S.C.A. § 1997e(a) (West Supp.2000). In his notice of appeal to this court, Salim indicated that he was "refiling" his § 1983 action with "proof positive" that his administrative remedies had been exhausted, and he attached several copies of grievance forms. Further, Salim alleges that there is no appeal process available through the correctional center's grievance procedure. If Salim wishes to proceed with his action, however, the proper course of action is for him to refile his action in the district court with evidence that he has exhausted all available administrative remedies. Accordingly, we affirm the district court's order dismissing Salim's § 1983 action. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*